October 22, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ALI CHOUDHRI, Appellant

NO. 14-13-00437-CV                    V.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; CAPITAL ONE, NATIONAL ASSOCIATION; WACHOVIA BANK, NATIONAL ASSOCIATION; WELLS FARGO BANK, NATIONAL ASSOCIATION AND ROBERT GOMEZ C/O WELLS FARGO BANK, NATIONAL ASSOCIATION, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 19, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.